RECEIVED
IN LAKE CHARLES, LA.
JUL -7 2014
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DONALD RUNNELS** | * | **CIVIL ACTION NO. 2:13-cv-209** |
| Plaintiff, | * | |
| V. | * | **JUDGE MINALDI** |
| **WARDEN, TENSAS PARISH DETENTION CENTER** | * | |
| | * | **MAGISTRATE JUDGE KAY** |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 2] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's petition for *habeas corpus* be and hereby is **DISMISSED, WITH PREJUDICE**.

Lake Charles, Louisiana, this _1_ day of _July_, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE